ELMO LAW, APPELLANT, *v.* THE STATE
OF NEVADA, RESPONDENT.

No. 6033

March 5, 1970                                    466 P.2d 656

*James D. Santini,* Public Defender, and *Robert G. Legakes,* Deputy Public Defender, Clark County, for Appellant.

*Harvey Dickerson,* Attorney General, *George E. Franklin, Jr.,* District Attorney, and *Addeliar D. Guy,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The briefs and the record on appeal having been given full consideration, and finding that there is substantial competent evidence in the record to support the jury verdict below, and

that the appellant has failed to demonstrate reversible error, the respondent's motion to dismiss this appeal is granted, and this appeal is dismissed. Anders v. California, 386 U.S. 738 (1967), and Sanchez v. State, 85 Nev. 95, 450 P.2d 793 (1969).